**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS,**
**EASTERN DIVISION**

| | |
|---|---|
| KEVIN D. SAMPSON, JR.<br><br>Plaintiff,<br><br>v.<br><br>THOMAS J. DART, as Sheriff of Cook County, Illinois, et al.,<br><br>Defendants. | Case No. 1:25-cv-00020<br><br>Honorable Judge Andrea R. Wood |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants, Correctional Sergeant Timothy Skinner and Deputy Sheriff Paul Wlodyga, in their individual capacities, and Sheriff Tom Dart, in his official capacity, (collectively, the "Defendants"), by and through their attorney Eileen O'Neill Burke, State's Attorney of Cook County, through her Assistant State's Attorney, Emily Stewart, respectfully request that the Court extend their deadline to answer or otherwise plead. In support, thereof, Defendants state as follows:

1. Defendants' deadline to answer or otherwise plead is September 5, 2025;
2. Defendants seek an additional 14 days, *i.e.*, until September 19, 2025, to answer or otherwise plead as the undersigned counsel needs additional time to respond due to her current schedule;
3. This is Defendants' first motion for an extension of time to answer or otherwise plead;
4. Defendants' counsel conferred with Plaintiff's counsel on September 3, 2025, and Plaintiff does not object to this motion; and

5. Plaintiff will not be prejudiced by this extension of time and it is not sought for the purposes of delay.

WHEREFORE, Defendant requests that his motion for an extension of time to answer or otherwise plead be GRANTED.

DATED: SEPTEMBER 4, 2025

Respectfully submitted,

EILEEN O'NEILL BURKE
State's Attorney of Cook County

By: */s/ Emily Stewart*
Emily Stewart
Assistant State's Attorney
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
Telephone: (312) 603-3014
Emily.Stewart2@cookcountysao.org